U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JUN 04 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **THOMAS KING** | : | **DOCKET NO. 2:08-CV-0293** |
| VS. | : | JUDGE MINALDI |
| **EDGAR REED, JELD-WEN, INC. AND DISCOVERY PROPERTY & CASUALTY** | : | MAGISTRATE JUDGE KAY |

## REPORT AND RECOMMENDATION

Before the court is Plaintiff's Motion to Remand. [Doc. 5]. This matter has been referred to the undersigned for a recommendation pursuant to 28 U.S.C. § 636(b)(1)(A).

In his motion, Plaintiff stipulates that damages do not exceed $75,000.00 exclusive of interest and cost. Plaintiff further asserts that counsel for Defendants does not oppose the motion. Defendants have not filed an opposition and the time for doing so has passed.

Accordingly, the court finds that the amount in controversy does not exceed the minimum amount required to invoke federal diversity jurisdiction. *See DeAguilar v. Boeing Co.*, 47 F.3d 1404 (5th Cir. 1995). Subject matter jurisdiction is lacking and remand is required. 28 U.S.C. § 1447(c). For the foregoing reasons,

IT IS RECOMMENDED that Plaintiffs' motion to remand [Doc. 5] be GRANTED.

Under the provisions of 28 U.S.C. § 636(b)(1)(C), the parties have ten (10) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS**

AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 3rd day of June, 2008.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE